O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARYLYN G WARREN, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-05-41 |
| | § | |
| U.S. DEPT. OF AGRICULTURE FEDERAL | § | |
| SERVICE AGENCY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED
## WITHOUT PREPAYMENT OF THE FILING FEE
## AND ORDER TO MAKE MONTHLY PAYMENTS

Pending is plaintiff's application to proceed *in forma pauperis* (D.E.1,2).  A hearing

was held Friday, June 10, 2005.  After considering plaintiff's testimony about her family

income and expenses, the undersigned finds that plaintiff is unable to prepay the filing fee

without undue hardship, but that she can afford to pay the filing fee in monthly installments.

Accordingly, plaintiff's application (D.E. 1,2) is granted, and the Clerk shall file

plaintiff's complaint without prepayment of the filing fee.  Plaintiff is required to pay the full

filing fee of $250 in ten monthly installments of $25.00, due and payable to the Clerk of the

United States District Court on or before the 10th day of each month, beginning July 10, 2005.

If the 10th day of the month falls on a Saturday, Sunday, or Court holiday, the payment is due

the first business day following the said Saturday, Sunday, or Court holiday.  During any month

plaintiff is unable to make a monthly payment, plaintiff shall file an affidavit explaining why she is unable to make her payment.

ORDERED this 10th day of June, 2005.

B. Janice Ellington
United States Magistrate Judge